# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: PETITION OF RETIRED JUDGE    :   No. 78 EM 2021
FARLEY TOOTHMAN                            :
                                                   :
                                                   :
PETITION OF: FARLEY TOOTHMAN      :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of December, 2021, the "Petition for Allowance of a Subpoena," seeking this Court's permission to subpoena the Honorable Gerald R. Solomon pursuant to Rule of Judicial Administration 1701, is DISMISSED.

Rule 1701 specifies that, "[f]or purposes of this rule, judge and magisterial district judge includes those judicial officers in active judicial service or senior status." Pa.R.J.A. 1701(a). This provision has no apparent application to a subpoena that would be issued on Judge Solomon, as that jurist's term as a senior judge expired on December 31, 2020.